```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 18981
   TRACEE L PERKOWSKI
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-2562


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/14/04 and confirmed on 07/16/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  32040.00 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE           CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE           MORTGAGE ARRE    25304.00            .00       25304.00
AMERICAN MEDICAL COLLECT     UNSECURED        NOT FILED           .00            .00
CAPITAL ONE FINANCIAL        FILED LATE            .00            .00            .00
CENTER FOR WOMENS HEALTH     UNSECURED        NOT FILED           .00            .00
CROSS COUNTRY BANK           UNSECURED        NOT FILED           .00            .00
DYMACOL                      UNSECURED        NOT FILED           .00            .00
ENH NORTH SUBURBAN ANEST     UNSECURED        NOT FILED           .00            .00
EVANSTON NORTHWESTERN HE     UNSECURED        NOT FILED           .00            .00
FBCS INC                     UNSECURED        NOT FILED           .00            .00
PIER 1 IMPORTS               UNSECURED        NOT FILED           .00            .00
PINNACLE MANAGEMENT SERV     UNSECURED        NOT FILED           .00            .00
RETAILERS NATIONAL BANK      UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA     UNSECURED         5560.28            .00         2573.37
CHASE MANHATTAN MORTGAGE     COST OF COLLE      350.00            .00          350.00
CHASE MANHATTAN MORTGAGE     COST OF COLLE      550.00            .00          550.00
          Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED  25304.00       900.00     5560.28         .00       31764.28
PRINCIPAL PAID      25304.00       900.00     2573.37         .00       28777.37
INTEREST PAID            .00          .00         .00         .00            .00
TOTAL PAID          25304.00       900.00     2573.37         .00       28777.37
The Debtor's attorney, MARK L SHAW ESQ                    , was allowed $   2600.00
and was paid $   1006.00   direct and $   1594.00   through the plan.

The Trustee received $    1308.63 .

Refunds to the Debtor totaled $     360.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                              PAGE   2
          CASE NO. 04 B 18981 TRACEE L PERKOWSKI